# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Carolyn Bishop Belcher, | ) | |
| | ) | 4:11-cv-01715-RBH |
| Plaintiff(s), | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Michael Pacileo, individually and in his | ) | |
| capacity as a police officer; North | ) | |
| Myrtle Beach Police Department, | ) | |
| an agency of the City of North Myrtle | ) | |
| Beach, | ) | |
| | ) | |
| Defendant(s). | ) | |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Summary Judgment is entered for Defendants Michael Pacileo and North Myrtle Beach Police Department as to the Plaintiff's Fourth Amendment claims under 42 U.S.C § 1983. The Court remands the Plaintiff's remaining state law claims to the Horry County Court of Common Pleas and this action is hereby dismissed.

This action was *(check one)*:

❏ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❏ tried by a jury with Judge_____without a jury and the above decision was reached. rendered a verdict.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge, who grants in part the Defendants' Motion for Summary Judgment.

Larry W. Propes<br>CLERK OF COURT<br><br>By:s/Heather Ciccolella<br>Deputy Clerk

December 10, 2012